IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZORRO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 25-cv-1703 <br><br> Judge John J. Tharp, Jr. |

## SUPPLEMENTAL LIST

1. Plaintiff, ZORRO PRODUCTIONS, INC., has been a Plaintiff in the following Schedule A cases, filed prior to this current case number 25-cv-1703:

| Case No. | Case Name | Venue |
|---|---|---|
| 23-cv-00604 | Zorro Productions, Inc. v. The Individuals, et al. | U.S. District Court – Northern District of Illinois |
| 23-cv-00629 | Zorro Productions, Inc. v. The Individuals, et al. | U.S. District Court – Northern District of Illinois |
| 23-cv-02001 | Zorro Productions, Inc. v. The Individuals, et al | U.S. District Court – Northern District of Illinois |
| 23-cv-05761 | Zorro Productions, Inc. v. The Individuals, et al. | U.S. District Court – Northern District of Illinois |
| 23-cv-08794 | Zorro Productions, Inc. v. The Individuals, et al. | U.S. District Court – Northern District of Illinois |
| 24-cv-04007 | Zorro Productions, Inc. v. The Individuals, et al. | U.S. District Court – Northern District of Illinois |

| 24-cv-12767 | Zorro Productions, Inc. v. The Individuals, et al. | U.S. District Court – Northern District of Illinois |

2. No defendants included in Case No. 25-cv-1703 have been named as a defendant in a prior Schedule A case in which Zorro Productions, Inc. has appeared as the Plaintiff.

Respectfully submitted,

Dated: February 27, 2025

By: s/Michael A. Hierl\_
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
John Wilson (Bar No. 6341294)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiff
ZORRO PRODUCTIONS, INC.

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on February 27, 2025.

/s/ Michael A. Hierl
Michael A. Hierl